**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-4255**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

ORLANDO VILLANUEVA,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CR-01-622-AW)

─────────────

Submitted:  October 8, 2003          Decided:  October 30, 2003

─────────────

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Harry D. McKnett, Columbia, Maryland, for Appellant.  Thomas M.
DiBiagio, United States Attorney, Odessa P. Jackson, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Orlando Villanueva appeals from his conviction and sentence imposed for health care fraud and conspiracy to commit health care fraud. He contends that the district court erred in admitting into evidence the government's charts as summary exhibits. We have reviewed the record and the parties' briefs and find no abuse of discretion by the district court in admitting the challenged charts. See United States v. Strissel, 920 F.2d 1162, 1163-64 (4th Cir. 1990) (providing standard). Accordingly, we affirm Villanueva's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED